Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
Christopher M. Hunter, Esq., Nevada SBN 8127
McCarthy & Holthus, LLP
9510 W. Sahara, Suite 200
Las Vegas, NV 89117
Phone (702) 685-0329
Fax (866) 339-5691
KHintz@mccarthyholthus.com

Attorney for Defendant, Quality Loan Service Corp.

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH A. GIBILTERRA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AURORA LOAN SERVICES, LLC, a limited liability company; QUALITY LOAN SERVICING CORPORATION, a corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a corporation; and DOES I through X; and ROE COPORATIONS I through X, <br><br> Defendants. | Case No.: 2:12-cv-00685-JCM-VCF <br><br> **FINAL JUDGMENT AGAINST PLAINTIFF AND IN FAVOR OF QUALITY LOAN SERVICE CORPORATION** |

This action came on for consideration based upon the Motion for Summary Judgment filed by Defendant, Quality Loan Service Corporation. No opposition was filed to the Motion for Summary Judgment by pro se Plaintiff and on August 6, 2013 the Court granted the Motion pursuant to Order at docket number 30. The Court having considered the moving papers, its own files, and good cause appearing, makes the following findings of fact:

1. Plaintiff is the former owner of the property at 4520 Vicki Ave., Las Vegas, Nevada ("Subject Property"). The Subject Property was financed through the execution of a

- 1

note and deed of trust promising to repay the sum of $800,000 in monthly installments to Metrocities Mortgage, LLC.

2. On February 18, 2009, a substitution of trustee was executed by MERS which appointed Quality as the substitute trustee. The substitution was recorded on March 16, 2009. On the same date the substitution was executed Quality commenced a non-judicial foreclosure by recording a notice of default and election to sell.

3. The deed of trust was subsequently assigned by MERS as nominee for Metrocities to Aurora Loan Services, LLC. The Subject Property was sold at public auction on October 26, 2011 to Aurora.

4. Plaintiff has not raised any material facts which would preclude entry of summary judgment in favor of Quality as all of the causes of action in Plaintiff's Complaint fails to state a viable causes of action.

ACCORDINGLY, THE COURT ORDERS that judgment is entered in favor of Quality Loan Service Corporation and against Plaintiff, Joseph A. Gibilterrra.

IT IS SO ORDERED August 12, 2013.

_____
UNITED STATES DISTRICT COURT JUDGE

- 2 -