1   David M. Crosby, Esq.
    Nevada Bar No. 3499
2   CROSBY & FOX, LLC
3   711 South Eighth Street
    Las Vegas, Nevada 89101
4   (702) 382-1007
    Attorney for Plaintiff, Joseph A. Gibilterra

DEC 1 0 2013

5

6                **IN THE UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8                             * * * * *

9   Joseph A. Gibilterra, an individual,      Case No.:   2:12-cv-00685-JCM-VCF

10                  Plaintiff,

11  v.

12  Aurora Loan Services, LLC, a limited        **STIPULATION FOR DISMISSAL OF**
    liability company; Quality Loan             **CIVIL ACTION AND ORDER**
13  Servicing Corporation, a corporation;
    Mortgage Electronic Registration
14  Systems, Inc., a corporation; Does I
    through X; and Roe Corporations I
15  through X,

16                  Defendants.

17

18      Plaintiff, Joseph A. Gibilterra, by and through his legal counsel, David M.

19  Crosby, Esq., of the law firm Crosby & Fox, LLC, for good and adequate

20  consideration, does hereby covenant and agree with Defendants Aurora Loan

21  Services, LLC, a limited liability company, and Mortgage Electronic Registration

22  Systems, Inc., by and through their legal counsel Christine M. Parvan, Esq., of

23  the law firm Akerman Senterfitt LLP and Quality Loan Servicing Corporation, by

24  and through its legal counsel Kristin A. Schuler-Hintz, Esq., of the law firm

25  McCarthy Holthus LLP stipulate and agree that this action may be forthwith

26

27

28

CROSBY & FOX, LLC
Attorneys at Law
711 South Eighth Street
Las Vegas, Nevada 89101
(702) 382-1007

1   dismissed inasmuch as the parties have entered into a written and confidential

2   settlement agreement and release.

3          IT IS SO ORDERED January 28, 2014.

4

5          _____
           UNITED STATES DISTRICT COURT JUDGE
6

7   Submitted by:

8   Crosby & Fox, LLC

9

10  David M. Crosby, Esq.
    711 South 8th Street
11  Las Vegas, NV 89101
    *Attorney for Joseph A. Gibilterra*
12

13  Agreed:

14  Akerman Senterfitt LLP

15                          No. 8726

16

17  Christine M. Parvan, Esq.
    666 Fifth Avenue, 20th Floor
18  New York, NY 10103
    *Attorney for Aurora Loan Services, LLC*
19       *and MERS, Inc.*

20

21  McCarthy ◆ Holthus LLP

22

23

24  Kristin A. Schuler-Hintz, Esq.
    9510 West Sahara Ave., Ste. 200
25  Las Vegas, NV 89117
    *Attorney for Quality Loan Servicing Corporation*

26

27

28

CROSBY & FOX, LLC
Attorneys at Law
711 South Eighth Street
Las Vegas, Nevada 89101
(702) 382-1007